UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKAL CORDOVA HARRISON,

                Plaintiff,

    v.

MONICA K CARY, HARRISON
TARREL, JR,

                Defendants.

CASE NO. **2:26-cv-00353-JNW**

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 2nd day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1