UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKAL CORDOVA HARRISON,<br><br>        Plaintiff,<br><br>       v.<br><br>JUDGE MONICA K. CARY, in her personal and official  capacities, and TARRELL HARRISON, JR, in his individual capacity,<br><br>        Defendants. | CASE NO. 2:26-cv-00353-JNW<br><br>ORDER OF DISMISSAL |

On February 4, 2026, the Court ordered Plaintiff Mikal Harrison to show cause why this case should not be dismissed by February 25, 2026. Dkt. No. 14 at 5; *see also* 28 U.S.C. § 1915(e). Harrison failed to respond as ordered, and the deadline to show cause has passed. Accordingly, the Court ORDERS that this case be dismissed without prejudice for Harrison's failure to respond as ordered, *see* Fed. R. Civ. P. 41(b); LCR 41(b), and for the reasons stated in the Court's order to show cause, *see* Dkt. No. 14 at 2–5; 28 U.S.C. § 1915(e).

ORDER OF DISMISSAL - 1

Dated this 26th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 2